**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                              CASE NO.:   6:13-bk-15555-KSJ
                                                                    Chapter 7

**Demitri Nikitin and Svetlana M. Nikitina,**

    **Debtors.**
_____/

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that the undersigned attorney appears as counsel to Fifth Third Bank ("Creditors"), parties-in-interest, and pursuant to, *inter alia*, F.R.B.P. Rules 2002 and 9007 and § 1109(b) of the Bankruptcy Code, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any and all other orders and notices of application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted by or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditors or parties-in-interest in this case, including the Creditors with respect to: (a) the Debtor; (b) property of the estate, or proceeds thereof, in which the Debtor may claim in interest; or (c) property or proceeds thereof in the possession, custody or control of others that the Debtor may seek to sue; or (2) require or seeks to require any act, delivery of any property, payment, or other conduct by the Creditors.

    **PLEASE TAKE NOTICE** that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive any (1) right to have final orders in noncore matters entered only after de novo review by a District Judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the Creditors are or may be to entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

-1-

        **BROAD AND CASSEL**
        Counsel for Fifth Third Bank
        390 North Orange Avenue
        Suite 1400
        Orlando, FL  32801
        Telephone:   (407) 839-4200
        Facsimile:     (407) 425-8377

By:  */s/ Roy S. Kobert*
     Roy S. Kobert, P.A.
     Florida Bar No. 777153
     rkobert@broadandcassel.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties receiving CM/ECF service this 7th day of January, 2014.

By:  */s/ Roy S. Kobert*
     Roy S. Kobert, P.A.
     Florida Bar No. 777153
     rkobert@broadandcassel.com