UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

DEMITRI NIKITIN and                                    CASE NO. 6:13-bk-15555-KSJ
SVETLANA M. NIKITINA,                                  Chapter 7

                        Debtors.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Eric S. Golden and Michael A. Nardella of the firm of Burr & Forman, LLP, 200 South Orange Avenue, Suite 800, Orlando, Florida 32801, file this Notice of Appearance as counsel of record in this proceeding for SUNTRUST EQUIPMENT FINANCE AND LEASING CORP., creditor and party-in-interest.

Pursuant to 2002(a),(b),(c), and (i), F.R.B.P., the undersigned does hereby request and demand that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans of reorganization, disclosure statements, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, plan, disclosure statement, notice or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever.  The undersigned further requests that the Clerk add them to the matrix in this case.

By filing this Notice of Appearance, Eric S. Golden, Michael A. Nardella, Burr & Forman, LLP, and/or SUNTRUST EQUIPMENT FINANCE AND LEASING CORP., neither consent to nor waive (as applicable) any of the following: (i) any objection they might have to the jurisdiction of the Bankruptcy Court to determine any specific adversary proceeding or

contested matter, (ii) that any specific adversary proceeding or contested matter is a core proceeding within the meaning of 27 U.S.C. §157; (iii) that the Bankruptcy Court may enter a final order or judgment in any non-core proceeding; (iv) any right to jury trial to which they may otherwise be entitled pursuant to the United States Constitution or other applicable law; or (v) that the Bankruptcy Court may conduct any jury trial to which SUNTRUST EQUIPMENT FINANCE AND LEASING CORP., creditor and party-in-interest, may otherwise be entitled.

RESPECTFULLY SUBMITTED this 8th day of January, 2014.

/s/ Michael A. Nardella
Eric S. Golden, Esquire
Florida Bar No. 0146846
Michael A. Nardella, Esquire
Florida Bar No. 51265
**Burr & Forman, LLP**
200 South Orange Avenue, Suite 800
Orlando, Florida  32801
Phone:  (407) 540-6600
Fax: (407) 540-6601
E-mail: egolden@burr.com
            mnardella@burr.com

**ATTORNEYS FOR SUNTRUST EQUIPMENT FINANCE AND LEASING CORP.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was furnished via electronic mail using the Court's CM/ECF system and/or via First Class U.S. Mail on the 8th day of January, 2014 to:  Debtors:  Demitri Nikitin and Svetlana M. Nikitina, 3217 Yattika Place, Longwood, FL  32779; Debtors' Counsel:  Eric A. Lanigan, Esq., Lanigan & Lanigan, PL, 831 W. Morse Blvd., Winter Park, FL  32789; Trustee: Lori Patton, Trustee, P. O.

Box 520547, Longwood, FL 32752; and the Office of the U.S. Trustee, ORL7/13, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801.

                                            */s/ Michael A. Nardella*
                                            Michael A. Nardella, Esquire