UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

                                         Case No.  6:13-bk-15555-KSJ

Demitri Nikitin and                         Chapter 7
Svetlana M. Nikitin,

_____/

## MOTION FOR EXTENSION OF TIME TO COMPLY WITH NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING

      COMES NOW the Debtor and moves to extend the time to comply with the Notice of Incomplete and/or Delinquent Filing [Doc. #6] from January 13, 2014, to February 3, 2014, and as grounds therefore would show:

      1.     Debtors have been unable to obtain all of the financial information and documentation necessary to complete the remaining schedules required to cure the deficiencies enunciated in the Notice of Incomplete and/or Delinquent Filing because critical information is in the possession of third parties who have not yet delivered it to the Debtors.  However, said information will be delivered to Debtors no later that January 27, 2014.

      2.     All of the requisite schedules and other documentation can be completed and filed on or before Monday, February 3, 2014.

      3.     The extension requested hereby will not unduly delay these proceedings or otherwise cause prejudice to any interested party.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 13, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to Lori Patton, Trustee, P.O. Box 520547, Longwood, FL  32725.

                                        */s/ Eric A. Lanigan*
                                        Eric A. Lanigan, Esq.
                                        Lanigan & Lanigan, PL
                                        831 W. Morse Blvd.
                                        Winter Park, FL 32789
                                        407.740.7369; fax 407.740.6812

eric.lanigan@laniganpl.com