UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

**DEMITRI NIKITIN AND**            Case No.: 6:13-bk-15555-KSJ
**SVETLANA NIKITINA**                Chapter 7

    **Debtors.**
_____/

**ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION (*DUCES TECUM*)**

This case came on for consideration upon the Motion for Rule 2004 Examination (*Duces Tecum)* ("Motion") [Docket No. 29] filed with this Court on March 31, 2014. After reviewing the Motion, it is

ORDERED:

1. The Motion is GRANTED.

2. The Lender, Fifth Third Bank, is authorized to conduct an examination of DEMITRI NIKITIN and SVETLANA NIKITINA pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

3. The Rule 2004 Examination shall occur on April 29, 2014 or at a mutually convenient time within thirty (30) days from the entry of this Order, at the offices of GrayRobinson, P.A., 301 East Pine Street, Suite 1400, Orlando, FL 32801, with said examination to be separately noticed.

4. The deadline for production of documents has been shortened to seven (7) days prior to the date of the Rule 2004 examination. The Debtors are ordered to produce to Fifth Third Bank's counsel of record all documents requested by their Notice of Rule 2004 Examination of

Debtors Duces Tecum at least seven (7) days prior to the date of the examination.

ORDERED this  7th  day of April, 2014. In Orlando Florida.

_____
KAREN S. JENNEMANN
Chief United States Bankruptcy Judge

Attorney Roy S. Kobert is directed to serve this order on all interested parties no later than three days from the date of entry of the order.

# 7077522 v1