UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

DEMITRI NIKITIN and  CASE NO. 6:13-bk-15555-KSJ
SVETLANA M. NIKITINA,  Chapter 7

        Debtors.
_____/

### MOTION FOR RULE 2004 EXAMINATION OF THE DEBTORS
### (April 29, 2014 at 10:00 a.m.)

COMES NOW, SUNTRUST EQUIPMENT FINANCE AND LEASING CORP. ("SUNTRUST"), by and through its undersigned counsel, and hereby moves this Court pursuant to Fed. R. Bankr. P. 2004 for an Order authorizing the examination of the Debtors, and states in support thereof the following:

1. On December 31, 2013, Demitri Nikitin and Svetlana M. Nikitina (the "Debtors") filed a Chapter 7 Voluntary Petition (Dkt. 1).

2. On March 31, 2014, Creditor, Fifth Third Bank ("Fifth Third") filed its Motion for Rule 2004 Exam (*Duces Tecum*) (Dkt. 29).

3. On April 7, 2014, this Court entered its Order Granting Motion for Rule 2004 Examination (*Duces Tecum*) (Dkt. 31).

4. On April 7, 2014, Fifth Third filed its Notices of Taking 2004 Examination of Debtors (Dkt. 32 and Dkt. 33).

5. Counsel for Fifth Third has agreed that SunTrust can participate in the Rule 2004 Exam scheduled for April 29, 2014 at 10:00 a.m. at the offices of GrayRobinson, P.A., 301 East Pine Street, Suite 1400, Orlando, FL 32801.

WHEREFORE, SUNTRUST prays that the Court enter an Order authorizing it to examine the Debtor pursuant to Fed. R. Bankr. P. 2004, scheduled for April 29, 2014 at 10:00 a.m. at the offices of GrayRobinson, P.A., 301 East Pine Street, Suite 1400, Orlando, FL 32801, and for such other and further relief as this Court deems just and appropriate.

Respectfully submitted,

*/s/ Michael A. Nardella*
Eric S. Golden, Esquire
Florida Bar No. 0146846
Michael A. Nardella, Esq.
Florida Bar No. 51265
**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
Email: egolden@burr.com
Email: mnardella@burr.com

**ATTORNEYS FOR SUNTRUST EQUIPMENT FINANCE AND LEASING CORP**

## Certificate of Service

I HEREBY CERTIFY that on April 10, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on April 10, 2014 by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and/or U.S. Mail, postage prepaid, to the following:  Roy S. Kobert, Esq., GrayRobinson, P.A., 401 East Pine Street, Suite 1400, Orlando, FL  32801, Attorney for Fifth Third Bank; Debtors:  Demitri Nikitin and Svetlana M. Nikitina, 3217 Yattika Place, Longwood, FL  32779; Debtor's Counsel:  Eric A. Lanigan, Esq., Lanigan & Lanigan, PL, 831 W. Morse Blvd., Winter Park, FL  32789; Chapter 7 Trustee: Lori Patton, Trustee, P. O. Box 520547, Longwood, FL  32752; Trustee's Counsel: L. Todd Budgen, Esq., Budgen Law Group, P. O. Box 520546, Longwood, FL 32752; Office of the U.S. Trustee, ORL7/13, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801, and all other parties receiving CM/ECF service.

/s/ Michael A. Nardella
Michael A. Nardella