UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

DEMITRI NIKITIN and                          CASE NO. 6:13-bk-15555-KSJ
SVETLANA M. NIKITINA,                        Chapter 7

                        Debtors.

_____/

### ORDER GRANTING MOTION OF SUNTRUST EQUIPMENT FINANCE AND LEASING CORP. FOR RULE 2004 EXAMINATION OF THE DEBTORS (April 29, 2014 at 10:00 a.m.)

THIS CAUSE came on to be considered before this Court, upon the Motion by Suntrust Equipment Finance and Leasing Corp. (Doc. No. 36), for examination of Debtors pursuant to Rule 2004 *Fed. R. Bankr. P.* The Court having reviewed the pleadings on file and being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED as follows:

1.      The Motion for Examination Pursuant to Rule 2004, *Fed. R. Bank. R.* is GRANTED.

2.      Creditor, Suntrust Equipment Finance and Leasing Corp. is authorized to conduct an examination of Demitri Nikitin and Svetlana Nikitina pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

3.      Accordingly, the Debtors, Demitri Nikitin and Svetlana M. Nikitina are ordered to appear for Rule 2004 Exam on April 29, 2014 at 10:00 a.m. at the offices of GrayRobinson, P.A.,

301 East Pine Street, Suite 1400, Orlando, FL 32801, with said examination to be separately noticed.

    DONE AND ORDERED on April 15, 2014

_____
KAREN S. KENNEMANN
Chief United States Bankruptcy Judge

Attorney Michael Nardella is directed to serve this order on all interested parties no later than 3 days from the date of entry of this order.