UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

DEMITRI NIKITIN and                          CASE NO. 6:13-bk-15555-KSJ
SVETLANA M. NIKITINA,                        Chapter 7

                    Debtors.

_____/

### <u>NOTICE OF TAKING 2004 EXAMINATION OF DEBTORS</u>
### <u>(April 29, 2014 at 10:00 a.m.)</u>

Creditor, SUNTRUST EQUIPMENT FINANCE AND LEASING CORP. ("SUNTRUST"), pursuant to this Court's Order Granting Motion of SunTrust Equipment Finance and Leasing Corp. for Rule 2004 Examination of the Debtors (Doc. No. 38), will examine **SVETLANA NIKITINA** (the "Debtor"), under oath on **Tuesday, April 29, 2014 at 10:00 a.m.**, at the offices of Gray Robinson, P.A., 301 East Pine Street, Suite 1400, Orlando, Florida 32801. The examination may continue from day to day until completed.

The examination is pursuant to Bankruptcy Rule 2004 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004.

Dated: April 18, 2014.


*/s/ Eric S. Golden*
_____
Eric S. Golden, Esquire
Florida Bar No. 0146846
Michael A. Nardella, Esq.
Florida Bar No. 51265
**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601

Email:  egolden@burr.com
Email:  mnardella@burr.com

**ATTORNEYS FOR SUNTRUST EQUIPMENT
FINANCE AND LEASING CORP**

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on April 18, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on April 18, 2014 by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case:  Roy S. Kobert, Esq., GrayRobinson, P.A., 301 E. Pine Street, Suite 1400, P. O. Box 3068, Orlando, Florida 32802, *Attorneys for Fifth Third Bank*; Eric A. Lanigan Esq., Lanigan & Lanigan, P.A., 831 W. Morse Blvd., Winter Park, FL 32789, *Attorneys for the Debtors;* Todd Budgen, Esq., Budgen Law Group, P. O. Box 520546, Longwood, FL  32752, *Attorney for Chapter 7 Trustee;* and Lori Patton, Chapter 7 Trustee, P. O. Box 520547, Longwood, FL  32752; and by U.S. Mail, postage prepaid, to: Demitri Nikitin and Svetlana Nikitina, 3217 Yattika Place, Longwood, FL 32779, this 18th  day of April, 2014.

/s/ *Eric S. Golden*
Eric S. Golden