UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

**DEMITRI NIKITIN**  Case No.: 6:13-bk-15555-KSJ
**SVETLANA NIKITINA,**  Chapter 7

       Debtors.
_____/

**LIMITED JOINDER IN FIFTH THIRD BANK'S MOTION FOR CONTEMPT
FOR VIOLATION OF THE ORDER GRANTING MOTION FOR
<u>RULE 2004 EXAMINATION DUCES TECUM</u>**

     COMES NOW, SunTrust Equipment Finance and Leasing Corp. ("SunTrust"), a creditor and party-in-interest, by and through its undersigned counsel, and joins in Fifth Third Bank's Motion for Contempt for Violation of the Order Granting Motion for Rule 2004 Examination Duces Tecum (Doc. No. 48).  SunTrust states that after Debtors advised they would not be appearing for the scheduled 2004 Examination, SunTrust requested new dates for the 2004 Examination as well as further information regarding Ms. Nikitina's schedule for recovery and has received no reply from Debtors' counsel.  SunTrust requests that this Court enter an order compelling the Debtors to provide dates for which Ms. Nikitina would be available for a 2004 Examination or alternatively, that they provide specific information to justify an indefinite postponement during her recovery.

Dated this 30th day of May, 2014.

                                            Respectfully submitted,

                                            */s/ Michael A. Nardella*
                                            Eric S. Golden, Esquire
                                            Florida Bar No. 0146846
                                            Michael A. Nardella, Esquire
                                            Florida Bar No. 51265
                                            **BURR & FORMAN, LLP**

200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile:  (407) 540-6601
Email: egolden@burr.com
Email: mnardella@burr.com

**ATTORNEYS FOR SUNTRUST EQUIPMENT FINANCE AND LEASING CORP.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on May 30, 2014 by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case:  Roy S. Kobert, Esq., GrayRobinson, P.A., 301 E. Pine Street, Suite 1400, P. O. Box 3068, Orlando, Florida 32802, *Attorneys for Fifth Third Bank*; Eric A. Lanigan Esq., Lanigan & Lanigan, P.A., 831 W. Morse Blvd., Winter Park, FL 32789, *Attorneys for the Debtors;* Todd Budgen, Esq., Budgen Law Group, P. O. Box 520546, Longwood, FL  32752, *Attorney for Chapter 7 Trustee;* and Lori Patton, Chapter 7 Trustee, P. O. Box 520547, Longwood, FL  32752; and by U.S. Mail, postage prepaid, to: Demitri Nikitin and Svetlana Nikitina, 3217 Yattika Place, Longwood, FL 32779, this 30th day of May, 2014.

.

                                          */s/ Michael A. Nardella*
                                          Michael A. Nardella, Esq.