

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/03/2014 02:45 PM

COURTROOM  6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:13-bk-15555-KSJ | 7 | 12/31/2013 |

Chapter 7

**DEBTOR:** Demitri Nikitin

Svetlana Nikitina

**DEBTOR ATTY:** Eric Lanigan

**TRUSTEE:** Lori Patton, Trustee

**HEARING:**

Joint Motion to Extend Time to File Non-Dischargeability Complaint and Complaint to Deny Discharge Filed by Fifth Third Bank and Suntrust Equipment Finance and Leasing Corp. (Doc #26)
Note:  523/727 deadline:  4/7/14
Pending Matters:
-Motion for Contempt for Violation of Order Granting Motion for Rule 2004 Examination filed by Fifth Third Bank 5/27/14 (Doc #48)
-Joinder in Fifth Third Bank's Motion for Contempt filed by SunTrust Equipment Finance and Leasing Corp. (Doc #49)
.

**APPEARANCES:**:

Shannon Volnick (Debtor)
Maureen Vitucci (Fifth Third Bank)

**RULING:**

(1) Joint Motion to Extend Time to File Non-Dischargeability Complaint and Complaint to Deny Discharge Filed by Fifth Third Bank and Suntrust Equipment Finance and Leasing Corp.  (Doc #26):  Granted.  Extended through August 29, 2014.  Order by Vitucci

(2) Motion for Contempt for Violation of Order Granting Motion for Rule 2004 Examination filed by Fifth Third Bank 5/27/14   (Doc #48):  Preliminary ruling:  Debtors to appeaer for examination and produce documents on or before July 25, 2014.  Continued hearing on motion August 4, 2014 at 11:00 a.m.  Order by Vitucci

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.